IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BECKER, INC., a California corporation, MARK BECKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, a business association of unknown form, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 3:09-cv-03384-JSW<br><br>[Proposed] ORDER<br><br>Assigned to Hon. Jeffrey S. White<br>Complaint Filed: June 22, 2009 |

In light of the Stipulation Between Parties Regarding Counterclaims and Third Party Complaint, IT IS HEREBY ORDERED:

Defendant Navigators Insurance Company may file a counterclaim against Mark Becker, Inc. and Mark Becker for declaratory relief and reimbursement;

A third party complaint for declaratory relief.

Dated: November 30, 2009

By: *Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

70977.doc